UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>SULEIMA FERNANDEZ GALVAN, *doing business as* Mariscos Pepes, et al.,<br><br>    Defendants. | Case No.  1:20-cv-00104-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 11) |

On April 14, 2020, Plaintiff, Jose Trujillo, filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 11.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 15, 2020**                                          /s/ *Erica P. Grosjean*
                                                                                         UNITED STATES MAGISTRATE JUDGE

1